```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
  GUY NICHOLAS,                                             :
                                   Plaintiff,               :
                                                            :        22 Civ. 9697 (LGS)
                  -against-                                 :
                                                            :                ORDER
  PEARLSTONE RESTAURANT, LLC, et al.,                       :
                                   Defendants.              :
                                                            :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the initial pretrial conference in this matter is scheduled for January 25, 2023,

WHEREAS, no significant issues were raised in the parties' joint letter or proposed case management plan.  It is hereby

**ORDERED** that the January 25, 2023, initial pretrial conference is **cancelled**.  If the parties believe that a conference would nevertheless be useful, they should inform the court immediately so the conference can be reinstated.  The case management plan and scheduling order will issue in a separate order.  The parties' attention is particularly directed to the provisions for periodic status letters, and the need for a pre-motion letter to avoid cancellation of the final conference and setting of a trial date.  It is further

**ORDERED** that if Plaintiff seeks to file a motion to certify preliminarily a class or a collective, or Defendants seek to file a motion to dismiss, they shall file a pre-motion letter pursuant to Individual Rules III.A.1 and III.C.2.  Plaintiff shall file any such pre-motion letter no later than **February 17, 2023**.

The parties should be aware that the Court does not extend the deadlines for fact and expert discovery absent compelling circumstances.

Dated: January 19, 2023
       New York, New York

                                                        _____
                                                        LORNA G. SCHOFIELD
                                                        UNITED STATES DISTRICT JUDGE