UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
                                                                                    :

GUY NICHOLAS,                                           :

                                         Plaintiff,   :

                                                           :         22 Civ. 9697 (LGS)

                   -against-                   :

                                                           :                ORDER

PEARLSTONE RESTAURANT, LLC, et al.,   :

                                     Defendants.  :

                                                              :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, on June 30, 2023, Plaintiff's counsel filed a motion to withdraw as counsel;

       WHEREAS, the Order dated July 5, 2023, directed Plaintiff Nicholas to file by July 14, 2023, a response to the motion, not to exceed three pages, indicating whether he objects to the motion and, if so, on what grounds.  The letter shall also state the amount of time he would need to retain new counsel, or state that he wishes to proceed to trial representing himself, should the motion to withdraw be granted;

       WHEREAS, no such letter has been filed.  It is hereby

       **ORDERED** that, by **July 28, 2023**, Plaintiff Nicholas shall file the letter.  Plaintiff's counsel shall email or otherwise send a copy of this Order to Mr. Nicholas as soon as possible and in no event later than **July 21, 2023**, and shall file proof of service on the docket by the same.  If Mr. Nicholas does not respond to this second order, the case will be dismissed without prejudice for failure to prosecute.

Dated: July 20, 2023
       New York, New York

                                                                              LORNA G. SCHOFIELD
                                                              UNITED STATES DISTRICT JUDGE