UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
GUY NICHOLAS,
                                  Plaintiff,

                                  22 Civ. 9697 (LGS)
-against-

                                  ORDER

PEARLSTONE RESTAURANT, LLC, et al.,
                            Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, pursuant to the order dated July 5, 2023, Plaintiff was directed to file, by July 14, 2023, a response to the motion filed by Plaintiff's counsel to withdraw as counsel;

    WHEREAS, no such submission was made by July 14, 2023;

    WHEREAS, by order dated July 20, 2023, Plaintiff was directed to file such response by July 28, 2023. This order advised Plaintiff that failure to comply with the order would result in dismissal of the case without prejudice for failure to prosecute;

    WHEREAS, no such submission has been made to date. It is hereby

    **ORDERED** that this action is dismissed without prejudice for failure to prosecute.

    The Clerk of Court is respectfully directed to close the case.

Dated: August 1, 2023
       New York, New York

                                                      LORNA G. SCHOFIELD
                                                   UNITED STATES DISTRICT JUDGE